FILED
SEP 28 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEFFREY BRESLAU,<br><br>Defendant. | Case No.: 18cr4208-JLS<br><br>**INFORMATION**<br><br>Title 18 United States Code, Sections 208, 216(a)(2) – Conflict of Interest |

The United States charges that:

From in or about March 2012 until on or about September 17, 2013, defendant Jeffrey BRESLAU, a Captain in the United States Navy, knowingly and willfully participated personally and substantially in particular matters related to the United States Navy, in which he had a personal financial interest, in violation of Title 18, United States Code, Sections 208, 216(a)(2).

ADAM BRAVERMAN
United States Attorney

By: _____
MARK W. PLETCHER
PATRICK HOVAKIMIAN
Assistant U.S. Attorneys